**FILED**
May 18, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>GABRIEL MATA.,<br><br>                Defendant. | CASE NO. 1:20-CR-00028-DAD-BAM<br><br>ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |

    On May 14, 2021, Superior Court Judge Heather Jones for the State of California, County of Fresno, requested that the body of the above named defendant be produced in Fresno County Superior Court in order that proceedings in connection with People v. Gabriel Mata, F19900201, may proceed. The defendant's appearance is necessary for that hearing to proceed. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Fresno County Jail. Defendant Gabriel Mata will be before the United States District Court on May 24, 2021 at 9:00am for sentencing. It appearing that the defendant needs to be present for a hearing in the state action, and that the next court appearance in the above-entitled case will not conflict with his state appearance:

    IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office or their designee may produce the defendant in Fresno County Superior court on May 25, 2021, for purposes of his presence at the pre-preliminary hearing, but shall return him to the custody of the United States Marshal Service in the physical custody of Fresno County Jail immediately after the proceeding has concluded on May 25, 2021.

Dated:   May 18  , 2021

                                           Honorable Erica P. Grosjean
                                           United States Magistrate Judge

1